Submitted on record and briefs November 1, reversed and
remanded November 4, 1976

In the Matter of David C. Haskell, Alleged to be a
Mentally Ill Person
STATE OF OREGON, *Respondent,*
*v.*
DAVID C. HASKELL, *Appellant.*
(No. 844, CA 6739)
555 P2d 798

Michael J. McElligott, Hillsboro, filed the brief for
appellant.

Lee Johnson, Attorney General, and W. Michael
Gillette, Solicitor General, Salem, filed the brief for
respondent.

PER CURIAM.

**PER CURIAM.**

The state confesses error based upon decisions handed down by this court subsequent to the hearing below in the case at bar, namely, *State v. Alexander,* 26 Or App 943, 554 P2d 524 (1976), and *State v. Heintz,* 26 Or App 935, 554 P2d 556 (1976). Reversed and remanded.